IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE SCOTT HEINEMAN; KURT F. JOHNSON; THE DOREAN GROUP; WILLIAM JULIAN; FARREL J. LECOMPTE, JR.; SARA J. MAGOON; and CHARLES DEWEY TOBIAS,<br><br>    Defendants.<br>_____ / | No. CR 05-00611 WHA<br><br>**ORDER RE FILING BY DEFENDANT WILLIAM JULIAN** |

    Defendant William Julian filed a pleading entitled "Constructive Notice And Demand For Abatement; Demand for Court of Record; Request For Stay of PROCEEDINGS; Affidavit of Truth." Defendant Julian has not made an appearance or entered a plea in this criminal action. His requests therefore are premature and are **DENIED** without prejudice to being made again — to the extent they are meritorious — once he is in custody or released on bond.

    **IT IS SO ORDERED.**

Dated: April 11, 2006

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE