UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DALE SCOTT HEINEMAN, *et al.*,<br><br>    Defendants. | No. CR 05-00611 WHA<br><br>[~~PROPOSED~~] ORDER FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ., AS TO DEFENDANT WILLIAM JULIAN |

Based on the record made on April 23, 2007 before the Court by counsel for defendant William Julian and counsel for the government in the above-captioned case, and good cause showing, the Court hereby FINDS that the time between April 23, 2007 and April 27, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(iv), in that the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this period of time, given that: (1) counsel for William Julian was provided case discovery (marked DG000001 - DG144405) in electronic form today for review for effective preparation of counsel, taking into account the exercise of due diligence; (2) the government's motion to detain the defendant pursuant to 18 U.S.C. § 3142 is pending, the hearing upon which is scheduled before the Court at defendant's request for April 27, 2007; and (3) counsel for the defendant is engaged in an unrelated state murder trial and

[PROPOSED] ORDER RE: SPEEDY TRIAL ACT
CR 05-0611 WHA

unavailable to appear until Friday, April 27, 2007, and therefore this continuance is for continuity of counsel.

Based on these findings, IT IS HEREBY ORDERED THAT the time from April 23, 2007 to April 27, 2007 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: April 24, 2007

HON. EDWARD M. CHEN
UNITED STATE MAGISTRATE JUDGE

[PROPOSED] ORDER RE: SPEEDY TRIAL ACT
CR 05-0611 WHA                                     2