United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00611 WHA |
| Plaintiff, | |
| v. | **ORDER RE PHYSICIAN VISIT** |
| DALE SCOTT HEINEMAN, KURT F. JOHNSON, THE DOREAN GROUP, WILLIAM JULIAN; FARREL J. LECOMPTE, JR., SARA J. MAGOON, and CHARLES DEWEY TOBIAS, | |
| Defendants. | |

As stated on the record on April 24, it is hereby **ORDERED** that the Marshals and administrators at Santa Rita Jail allow Mr. Julian to see a physician by **NOON** on **APRIL 25, 2007**.

**IT IS SO ORDERED.**

Dated: April 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE