1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )
                                 )
13            Plaintiff(s),      )      No. CR05-0611 WHA (BZ)
                                 )
14       v.                      )      **DETENTION ORDER**
                                 )
15  WILLIAM F. JULIAN, *et al.,* )
                                 )
16            Defendants.        )
    ─────────────────────────────)

17

18       On June 6, 2007, I heard the government's motion to

19  detain William F. Julian.  Defendant was present and

20  represented by Michael Berger.  Assistant United States

21  Attorney James Keller appeared for the United States.

22       Pretrial Services submitted a report that recommended

23  detention.  Proffers and arguments regarding detention were

24  submitted by the parties at the hearing.

25       Having considered the parties' proffers and the Pretrial

26  Services Report, I find that the government has met its burden

27  of showing by a preponderance of the evidence that the

28  defendant is a flight risk, and that no conditions of release

                              1

1   will reasonably assure his appearance.  In so finding, I have

2   considered the following factors:

3       1.  The defendant is charged with mail fraud under 18

4   U.S.C. § 1341, bank fraud under 18 U.S.C. § 1344, contempt of

5   court under 18 U.S.C. § 401(3), and forfeiture under 18 U.S.C.

6   § 981(a)(1)(C)and 28 U.S.C. § 2451(c).  He faces a substantial

7   sentence if convicted, providing some incentive to flee.

8       2.  He has no real ties with this district.  His home is

9   in South Carolina, where he would live if released.  This

10  would require him to travel cross country for all his court

11  appearances, putting him in situations where means of flight

12  are readily available.

13      3.  The government proffered that shortly before he was

14  indicted in this district, he told his wife that he was

15  expecting an indictment and, directly thereafter, traveled

16  first to Orlando, Florida and then by plane to Panama City,

17  Panama.  He remained in Panama until he was extradited to the

18  United States earlier this year.

19      4.  That he knew about the indictment while in Panama is

20  evident from the "Notice of Abatement" contesting the charges

21  filed in this case bearing his signature.

22      5.  The government proffered that the scheme with which

23  he is charged involved the use of offshore accounts and that

24  all the money has not been accounted for, raising the

25  possibility that he may have means of financing flight.

26      6.  The conditions proposed for his release were

27  inadequate to reasonably assure the court that he would make

28  his appearances.  Essentially, it was proposed that he be

released on a bond with little or no security to live in South

Carolina with his wife.  I do not consider his wife an

adequate custodian inasmuch as she was aware that he had

traveled to Panama and traveled there herself to be with him.

I am also troubled that his stepmother, who apparently owns a

home, has declined to act as his surety.

Therefore, **IT IS HEREBY ORDERED** that:

1. The defendant be, and hereby is, committed to the

custody of the Attorney General for confinement in a

corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody

pending appeal;

2. The defendant be afforded reasonable opportunity for

private consultation with counsel; and

3.  On order of a court of the United States or on

request of an attorney for the government, the person in

charge of the corrections facility in which the defendant is

confined shall deliver the defendant to a United States

Marshal for the purpose of any appearance in connection with a

court proceeding.

Dated: June 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\DETENTIO\2007\JULIAN\JULIAN.BZ VERSION.wpd

3