1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5        450 Golden Gate Avenue
         San Francisco, California 94102
6        415-436-7168
   Attorneys for Plaintiff
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )   No. CR 05-0611 WHA
                                        )
11 |         Plaintiff,                 )
                                        )
12 |         v.                         )   STIPULATION AND
                                        )   [PROPOSED] ORDER TO CONTINUE
13 |                                    )   SENTENCING HEARING
   WILLIAM JULIAN,                      )
14 |                                    )
             Defendant.                 )
15 | _____)

16      The parties stipulate and agree that the Court order the sentencing hearing continued to

17 March 4, 2008 from the presently set date of November 13, 2007, so that the defendant can be

18 allowed the opportunity to complete his agreements.

19

20 DATED: November 6, 2007

21                                          _____/S/_____
                                            C. DAVID HALL
22                                          Assistant United States Attorney

23
                                            _____/S/_____
24                                          MICHAEL BERGER
                                            Attorney for William Julian
25 SO ORDERED.

26 DATED: November 6, 2007

27
                                            _____
28                                          WILLIAM ALSUP
                                            United States District Court Judge

MOTION AND [PROPOSED] ORDER TO CONTINUE