UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM JULIAN,<br><br>  Defendant. | No. CR 05-0611-7 WHA<br><br>[PROPOSED] ORDER VACATING RESTITUTION HEARING AND SETTING RESTITUTION AMOUNT |

    Based upon the parties' stipulation, and for good cause shown, the Court orders that Mr. Julian's restitution hearing presently scheduled for June 10, 2008 is vacated. This order does not, however, vacate the hearing with regard to any other codefendant in this case.

    The Court further orders that, pursuant to the agreement reached by the parties and for good cause shown, defendant William Julian shall pay restitution as set forth in the parties' stipulation. Restitution is due and payable immediately. While incarcerated, payment of criminal monetary penalties are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. After Mr. Julian is released from prison, criminal monetary payments shall be made to the Clerk of the Court, United States District Court for the Northern District of California, Attn:

[PROPOSED] ORDER
CR 05-0611-7 WHA

1  Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.  Payments shall be
2  at least $200 per month.
3       No interest shall accrue as long as the defendant makes regular and timely payments in
4  compliance with the terms of this Order.  The defendant shall be required to pay interest on any
5  outstanding restitution balance in the event he fails to make regular and timely monthly payments
6  in compliance with the terms of this Order.
7       The defendant alone is liable for the entire amount of restitution set forth in his Plea
8  Agreement, a total of $150,000.  No other codefendant shall be jointly or severally liable for the
9  restitution owed by the defendant.
10      An Amended Judgment in a Criminal Case reflecting this Order shall issue forthwith.
11      IT IS SO ORDERED.
12
13  DATED: _____June 4_____, 2008       _____
14                                       HON. WILLIAM ALSUP
                                         UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
CR 05-0611-7 WHA

2